Defendants.

1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 DENA M. MILLS, et al.,                              No. 1:16-cv-01075-DAD-EPG

13                    Plaintiffs,

14          v.                                        ORDER DECLINING TO RELATE CASES

15 BAYER CORP., et al.,

16                    Defendants.

17

18 MARGIE ZAMORA, et al.,                             No. 2:17-cv-00587-WBS-AC

19                    Plaintiffs,

20          v.

21 BAYER CORP., et al.,

22                    Defendants.

23

24          On March 23, 2017 and March 25, 2017, defendants filed notices of related cases in the

25 two above-captioned actions, listing a number of cases filed in the Eastern District of California

26 that are purportedly related to *Dena M. Mills, et al. v. Bayer Corp., et al.*, 1:16-cv-01075-DAD-

27 EPG. Case Number 1:16-cv-01075-DAD-EPG is the lowest numbered case among these actions,

28

and was previously assigned to the undersigned. Local Rule 123 permits the judge to whom the lowest numbered case is assigned to reassign all higher numbered related actions to himself or herself, if they determine reassignment is "likely to effect a savings of judicial effort or other economies." L.R. 123(c). Because Case Number 1:16-cv-01075-DAD-EPG was voluntarily dismissed on October 16, 2016, and no hearings of any kind were held before the court prior to that voluntary dismissal, the undersigned concludes no judicial effort will be saved by relating and re-assigning the subsequently filed cases. Therefore, the court declines to issue an order relating these cases.

IT IS SO ORDERED.

Dated: __**April 17, 2017**__                      _____
                                      UNITED STATES DISTRICT JUDGE